UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Arnold Palmer Enterprises, Inc., | ) | CASE NO.1:05CV2404 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| PG-USA APPAREL, INC., ET AL., | ) | <u>ORDER</u> |
| | ) | |
| Defendant. | ) | |

The Court has been advised that this action has been settled. Therefore, it is not necessary that the action remain on the calendar of the Court.

IT IS ORDERED that this action is closed. It shall be marked settled and dismissed, with prejudice, each party to bear its own costs. The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary or (2) alter the terms of settlement and dismissal upon agreement of the parties.

IT IS SO ORDERED.

<u>9/27/06</u>
Date

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
United States District Judge